**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**CHRISTOPHER CORBELL;**
**VESTER WILLIAMS;**
**RICCARDO MUSCATO;**
**BRAD ANDREW;**
**JOSHUA ACOSTA;**
**JACKIE O'NEAL;**
**ETHAN KNYZEWSKI;**
**and LAURA KNYZEWSKI**                                                    **PLAINTIFFS**

**V.**                         **CASE NO. 5:22-CV-05146**

**ZRS & ASSOCIATES, LLC**
**and CINDY STAUTY**                                                   **DEFENDANTS**

## JUDGMENT

For the reasons set forth in the Court's Order on Motion for Default Judgment (Doc. 25) and Order on Attorney's Fees and Costs (Doc. 27), **IT IS HEREBY ORDERED AND ADJUDGED** that Defendants are jointly and severally liable to Plaintiffs for back wages and liquidated damages totaling **$157,036.96** and for attorney's fees and costs totaling **$5,467.45**.

**IT IS SO ORDERED AND ADJUDGED** on this 27th day of November, 2023.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE